# EXHIBIT 1

**Registration Number**
# VAu 1-593-425
**Effective Date of Registration:**
April 23, 2026
**Registration Decision Date:**
July 07, 2026

## Title

**Title of Work:** Skeleton accessories

## Completion/Publication

**Year of Completion:** 2025

## Author

- **Author:** Chao Wang
  **Author Created:** sculpture
  **Citizen of:** China
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** Chao Wang
No. 8, Ping'an Road, Houzhangzhuang Village, Cizhou Town, Ci County, Handan, 056500, China

## Rights and Permissions

**Name:** Chao Wang
**Address:** No. 8, Ping'an Road, Houzhangzhuang Village, Cizhou Town, Ci County
Handan 056500 China

## Certification

**Name:** Brad Han
**Date:** April 23, 2026